STATE of Missouri, Respondent,

v.

Dana COTTON, Appellant.

No. 72048.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 14, 1998.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Defendant, Dana Cotton, appeals from the judgment of conviction, pursuant to a jury verdict, of murder in the second degree. In accordance with the jury's recommendation, the trial court sentenced defendant to a term of imprisonment of 20 years.

We have reviewed the record on appeal and find that no jurisprudential purpose would be served by a written opinion. The judgment is affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Jermaine ROBERTSON, Appellant.

No. 71701.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 14, 1998.

Judith C. LaRose, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, C.J., and RICHARD B. TEITELMAN, J., and ROBERT E. CRIST, Senior Judge.

## ORDER

PER CURIAM.

Jermaine Robertson (Defendant) appeals from the judgment entered upon a jury verdict finding him guilty of two counts of first degree murder in violation of Section 565.020 RSMo.1994, for which he was sentenced to two consecutive terms of life imprisonment without possibility of probation or parole. We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An extended opinion reciting the detailed facts and restating principles of law would serve no jurisprudential purpose. However, the parties have been furnished with a memorandum for their information only, setting for the reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).